Stefan RODGERS, Plaintiff–Appellant,

v.

Officer PERKINS; Timothy P. Doss,
Defendants–Appellees.

No. 14–6080.

United States Court of Appeals,
Fourth Circuit.

Submitted: May 29, 2014.

Decided: June 3, 2014.

Stefan Rodgers, Appellant Pro Se.

Before SHEDD, WYNN, and
THACKER, Circuit Judges.

Affirmed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

Stefan Rodgers appeals the district
court's order denying relief on his 42
U.S.C. § 1983 (2006) complaint. We have
reviewed the record and find no reversible
error. Accordingly, we affirm for the rea-
sons stated by the district court. *Rodgers
v. Perkins,* No. 1:13–cv–00987–GBL–JFA
(E.D.Va. Dec. 19, 2013). We dispense with
oral argument because the facts and legal
contentions are adequately presented in
the materials before this court and argu-
ment would not aid the decisional process.

*AFFIRMED.*